**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHRISTOPHER REECE,

    Plaintiff,

v.                                                Case No. 11-11814
                                                  Hon. Lawrence P. Zatkoff

STEVEN RIVARD, et al.,

    Defendants.

_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This matter comes before the Court on Magistrate Judge Michelson's Report and Recommendation [dkt 15], in which the Magistrate Judge recommends that the Court grant Defendants' Motion for Summary Judgment [dkt 10] and dismiss Plaintiff's entire Complaint with prejudice. The Magistrate Judge also denied Plaintiff's Motion to Amend [dkt 13], and Plaintiff's "Motion Pleading" [dkt 12] as moot. No objection has been filed in response to the Report and Recommendation; the time period in which to file an objection has elapsed.

      The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

      Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [dkt 10] is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff<br>LAWRENCE P. ZATKOFF<br>UNITED STATES DISTRICT JUDGE

Dated: October 21, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 21, 2011.

S/Marie E. Verlinde<br>Case Manager<br>(810) 984-3290